FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 17 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
YISROEL LIPSKIER

                                                                          18 CV 1777 (WFK) (ST)

                        Plaintiff,

      -against-

ZWICKER & ASSOCIATES, P.C.

                        Defendant.

-----------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED: _____

       s/WFK
_____
U.S.D.J.